**DISMISS; and Opinion Filed November 13, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00337-CV

### DAVID M. DORWARD AND JANET C. CORRALES, Appellants

### V.

### DALLAS COUNTY, CITY OF COCKRELL HILL, DALLAS INDEPENDENT SCHOOL DISTRICT, DALLAS COUNTY SCHOOL EQUALIZATION FUND, PARKLAND HOSPITAL DISTRICT AND DALLAS COUNTY COMMUNITY COLLEGE DISTRICT, Appellees

### On Appeal from the 116th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. TX-11-31604

## MEMORANDUM OPINION
Before Justices O'Neill, Lang-Miers, and Evans
Opinion by Justice Lang-Miers

Our records reflect that, since the filing of the notice of appeal in December 2012, appellants have taken no steps to prosecute this appeal. They have failed to (a) pay the filing fee, (b) file the required docketing statement, (c) request the reporter's record, and (d) pay the fee for the clerk's record so that the clerk's record could be filed. *See* TEX. R. APP. P. 5, 32.1, 34.6(b), 35.3. Despite being cautioned that their appeal would be dismissed unless they paid the filing fee and the fee for the clerk's record by October 21, 2013, appellants have not complied or otherwise communicated with the Court. Because nothing in our records reflects appellants are

excused by statute or rule from paying the filing fee and clerk's fee, and they have failed to pay those fees, we dismiss the appeal. *See id.* 37.3(b), 42.3(b),(c).

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

130337F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

DAVID M. DORWARD AND JANET C. CORRALES, Appellants

No. 05-13-00337-CV    V.

DALLAS COUNTY, CITY OF COCKRELL HILL, DALLAS INDEPENDENT SCHOOL DISTRICT, DALLAS COUNTY EQUALIZATION FUND, PARKLAND HOSPITAL DISTRICT AND DALLS COUNTY COMMUNITY COLLEGE DISTRICT, Appellees

On Appeal from the 116th Judicial District Court, Dallas County, Texas
Trial Court Cause No. TX-11-31604.
Opinion delivered by Justice Lang-Miers.
Justices O'Neill and Evans participating.

     In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

     We **ORDER** that appellees Dallas County, City of Cockrell Hill, Dallas Independent School District, Dallas County School Equalization Fund, Parkland Hospital District and Dallas County Community College District recover their costs, if any, of this appeal from appellants David M. Dorward and Janet C. Corrales.

Judgment entered this 13th day of November, 2013.

/Elizabeth Lang-Miers/

ELIZABETH LANG-MIERS
JUSTICE

–3–